UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE ALEXANDER VARGAS QUERO,<br><br>Defendant. | **INFORMATION**<br><br>23 Cr. 487 |

### COUNT ONE
### (Conspiracy)

The United States Attorney charges:

1.  From at least on or about January 9, 2023 through at least on or about January 30, 2023, in the Southern District of New York and elsewhere, JOSE ALEXANDER VARGAS QUERO, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate and agree together and with each other to violate the controlled-substance laws of the United States.

2.  It was a part and an object of the conspiracy that JOSE ALEXANDER VARGAS QUERO, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.  The controlled substance involved in the offense was 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 18, United States Code, Sections 846)

## FORFEITURE ALLEGATION

4.     As a result of committing the offense alleged in Count One of this Information, JOSE ALEXANDER VARGAS QUERO, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, a sum of money equal to $3,000 in United States currency, representing proceeds traceable to the commission of said offense.

*/s/ Damian Williams*
DAMIAN WILLIAMS
United States Attorney