# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 29, 2023

VIA EMAIL AND ECF

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Jose Vargas-Quero, 23-cr-00487-KMK**

Dear Honorable Judge Karas:

I write to request an adjournment for the sentencing in the above captioned matter, which is currently scheduled for January 18, 2024, at 2:00 p.m. to a date after March 5, 2024.

The parties are still awaiting the draft pre-sentence report. It is my understanding that U.S. Probation has been inundated with reports due and has not yet had an opportunity to issue the final. It is expected that the draft report will be issued next week. However, my sentencing submission is due on January 4, 2024. I would like to have the final report prior to submitting my sentencing submission. In addition, I will need time to review the draft report with my client and provide any comments or objections. I also have a planned vacation scheduled at the end of February and would like to avoid a conflict in scheduling.

I have discussed the instant request with Ben Arad, the Assistant United States Attorney assigned on this case, and he has no objection to this request. I have also conferred with my client, who is not in custody, and does not object to this request. Therefore, Mr. Vargas-Quero respectfully requests that the Court adjourn sentencing until a date after March 5, 2024.

Granted. Sentence is adjourned to
3/ 12 /24, at 2:00

So Ordered.
*/s/ KMK*
12/29/23

Respectfully submitted,

*/s/ Elizabeth K. Quinn*

Elizabeth K. Quinn
Assistant Federal Defender
Attorney for Jose Vargas-Quero

cc: Ben Arad, A.U.S.A. (via email)