# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 10, 2024

**BY ECF & EMAIL**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Jose Vargas Quero,* 23-cr-487 (KMK)

Dear Honorable Judge Karas:

Mr. Vargas Quero respectfully requests that his United States passport be released by Pre-Trial Services to my office so that we can arrange to return it to his family in Worchester, Massachusetts.

Mr. Vargas Quero was released on conditions following his arrest on January 20, 2023. One of his release conditions was that he surrender his United States passport to Pre-Trial Services, which he did. Mr. Vargas Quero was sentenced to 12 months and a day on March 11, 2024. He self-surrendered to the United States Marshals Service in Worchester, Massachusetts April 15, 2024. He is currently housed at FCI Berlin in Berlin, New Hampshire.

I was recently informed that Pre-Trial Services that his passport will have to be returned to the Department of State absent a court order releasing it to either my office or his family. I have consulted with his wife, who requested that the passport be returned to our office so that we can arrange for it to be sent to her in Worchester, Massachusetts. Therefore, I am respectfully requesting an order from this Court permitting the release of his passport to the Federal Defenders of New York, Inc.

Thank you for your time and consideration.

Granted.
So Ordered.
5/10/24

Sincerely,

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Jose Vargas Quero

cc: AUSA Ben Arad, Esq.